UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG JERIL LEWIS,

    Petitioner,                              Case No. 18-cv-11744
                                                Hon. Matthew F. Leitman

v.

RANDEE REWERTS,

    Respondent.

_____/

# **JUDGMENT**

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Opinion and Order entered on May 1, 2019:

    (1) The Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE.

    (2) A Certificate of Appealability is DENIED.

    Dated at Flint, Michigan, this 1st day of May, 2019.

                                                  DAVID J. WEAVER
                                                  CLERK OF COURT

                                 By:    s/Holly A. Monda
                                           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

1